Order Filed on June 5, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

23-23058 BKMFR03
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Bank United N.A.

In Re:

GERTRUDE SEFRANEK

Case No: 23-17160-CMG

Hearing Date: June 5, 2024

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

Recommended Local Form: ☐ Followed  ☒ Modified

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

___  The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 5, 2024**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

23-23058 BKMFR03

Upon the motion of Bank United N.A., under Bankruptcy Code section 362(d) for relief from the automatic stay and relief from co-debtor stay pursuant to Bankruptcy Code section 1301(c) as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

    7 Helen Ave, Freehold, NJ 07728

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assignees.

☐ Personal property more fully described as:

It is further ORDERED that co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, Helmut Sefranek, to permit Bank United N.A. to pursue its *in-rem* rights in the real property described above, and its *in personam* and *in rem* rights as to the co-debtor, Helmut Sefranek.

It is further ORDERED that the movant may join the debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

23-23058 BKMFR03

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The Movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

23-23058 BKMFR03